UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gordon Clark, and the Estate of Lillian J. Clark | |
| V. | CIVIL NO. 3:22-cv-39-SVN |
| Santander Bank, N.A., Scott Powell (as former CEO of Santander), Timothy Wennes, Pierre Habis, Kenneth O'Neill, John or Jane Doe (of Santander Bank, N.A.), Wells Fargo & Company, Scott Powell (as COO of Wells Fargo), Bendett & McHugh, P.C., Adam L. Bendett, Jeffrey M. Knickerbocker, Dominick D. Neveux, Joseph Abraham, and Mark A. Piech | |

## PARTIAL JUDGMENT

This action having come before the Court on defendants' motions to dismiss before the Honorable Sarala V. Nagala, United States District Judge; and the Court having considered the full record of the case including applicable principles of law, having issued a Ruling and Order (Dkt. 200) granting defendants' motions as to plaintiff Gordon Clark, and issuing an Order (Dkt. 205) directing the Clerk to enter judgment in favor of defendants pursuant to Federal Rule of Civil Procedure 54(b) as the Court sees no just reason to delay judgment solely as to the claims brought by plaintiff Gordon Clark alone; it is hereby

ORDERED, ADJUDGED and DECREED that partial judgment is hereby entered in favor of defendants against plaintiff Gordon Clark.

Dated at Hartford, Connecticut, this 15th day of December, 2023.

DINAH MILTON KINNEY, Clerk

By    /S/ Jeremy J. Shafer
      Jeremy Shafer
      Deputy Clerk

EOD: 12-15-2023