UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Gordon Clark, and the Estate of Lillian J. Clark   :
                                     :

V.                                           :       CIVIL NO. 3:22-cv-39-SVN

Santander Bank, N.A., Scott Powell (as former CEO of Santander), Timothy Wennes, Pierre Habis, Kenneth O'Neill, John or Jane Doe (of Santander Bank, N.A.), Wells Fargo & Company, Scott Powell (as COO of Wells Fargo), Bendett & McHugh, P.C., Adam L. Bendett, Jeffrey M. Knickerbocker, Dominick D. Neveux, Joseph Abraham, and Mark A. Piech

PARTIAL JUDGMENT

This action having come before the Court on defendants' motions to dismiss before the Honorable Sarala V. Nagala, United States District Judge; and the Court having considered the full record of the case including applicable principles of law, having issued an indicative ruling granting defendants' motions to dismiss as to the Estate Plaintiff on October 27, 2023, and dismissing the Estate Plaintiff's claims without leave to amend, and directing the Clerk to enter partial judgment in favor of defendants against the Estate Plaintiff on January 7, 2025. Partial judgment having also entered in favor of the defendants against Gordon Clark on December 15, 2023; it is hereby

ORDERED, ADJUDGED and DECREED that partial judgment is hereby entered in favor of defendants against plaintiff the Estate of Lillian J. Clark.

Dated at Hartford, Connecticut, this 9th day of January, 2025.

DINAH MILTON KINNEY, Clerk

By    /S/ Samantha Bergeson
      Samantha Bergeson
      Deputy Clerk

EOD: 1-9-2025