**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-five.

Before:      Eunice C. Lee,
                 *Circuit Judge.*

---

Gordon Clark,

         Plaintiff - Appellant,

Estate of Lillian J. Clark,

         Plaintiff,

   v.

Santander Bank, N.A, Timothy Wennes, Pierre Habis, Kenneth O'Neill, Bendett & McHugh, PC, Adam L. Bendett, Jeffrey M. Knickerbocker, Mark A. Piech, Joseph Abraham, Dominick D. Neveux, John Doe, Jane Doe, Wells Fargo & Co., Scott Powell, as former CEO of Santander, as COO of Wells Fargo,

         Defendants - Appellees.

---

**ORDER**

Docket No. 23-7834

    Appellant moves for withdrawal of this appeal with prejudice, with all parties to bear their own costs and fees.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                        For the Court:
                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/09/2025